FILE COPY

No. 07-13-00356-CR

| Chad William Murray | § | From the 66th District Court |
|---|---|---|
| Appellant | | of Hill County |
| | § | |
| v. | | November 9, 2015 |
| | § | |
| The State of Texas | | Opinion by Chief Justice Quinn |
| Appellee | § | |

## **J U D G M E N T**

This cause came on to be heard on remand from the Court of Criminal Appeals, pursuant to the opinion of the Court dated November 9, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o